1246

No. 95–1777. BASS *v.* SARASOTA COUNTY, FLORIDA. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 95–1792. OYLER *v.* UNITED STATES ET AL. C. A. 10th Cir. Certiorari denied.

No. 95–1804. LINEHAN ET AL. *v.* KEEFFE ET AL. C. A. 2d Cir. Certiorari denied.

No. 95–1806. SHOFFEITT *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95–1814. HUTCHING *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 95–1816. SANCHEZ *v.* UNITED STATES; and
No. 95–8924. CARVAJAL *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. Reported below: 78 F. 3d 599.

No. 95–1823. WILSON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 95–1824. SYKES *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 95–1829. MARCHESE *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 95–1833. MIMS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95–1849. PIC-A-STATE PA, INC., ET AL. *v.* RENO, ATTORNEY GENERAL, ET AL. C. A. 3d Cir. Certiorari denied.

No. 95–1859. MCCASTLE *v.* UNITED STATES. C. A. Armed Forces. Certiorari denied.

No. 95–1875. REED *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 95–7378. SANDERS *v.* LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 95–7925. MAYS *v.* UNITED STATES; and
No. 95–7926. MAYS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. Reported below: 69 F. 3d 116.